UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GONZALEZ, ) | Case No. CV 10-1808 PJW |
| ) | |
| Plaintiff, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further proceedings consistent with this decision.

DATED: July 5, 2011

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\GONZALEZ, V 1808\Judgment.wpd